B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of Alabama

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Blakeney Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **26-1861122** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **3519 Greensboro Avenue** **Tuscaloosa, AL** ZIP Code **35401** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Tuscaloosa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Blakeney Company, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Blakeney Company, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Mary Lane Lewis Falkner**
Signature of Attorney for Debtor(s)

**Mary Lane Lewis Falkner**
Printed Name of Attorney for Debtor(s)

**LEWIS, SMYTH, WINTER & FORD, LLC**
Firm Name

**611 HELEN KELLER BOULEVARD**
**TUSCALOOSA, AL 35404**

_____
Address

Email: debbie@lswattorneys.com
**205-553-5353  Fax: 205-553-5593**
Telephone Number

**June 10, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ George Blakeney**
Signature of Authorized Individual

**George Blakeney**
Printed Name of Authorized Individual

**Director**
Title of Authorized Individual

**June 10, 2015**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Alabama

In re **Blakeney Company, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Alabama Power Company**<br>**600 - N 18th Street**<br>**POB 2641**<br>**Birmingham, AL 35291** | **Alabama Power Company**<br>**600 - N 18th Street**<br>**POB 2641**<br>**Birmingham, AL 35291** | | | **27,221.73** |
| **American Fence Company, Inc.**<br>**6403 McFarland Blvd. E.**<br>**Tuscaloosa, AL 35405** | **American Fence Company, Inc.**<br>**6403 McFarland Blvd. E.**<br>**Tuscaloosa, AL 35405**<br>**205-752-8822** | | | **20,556.54** |
| **Apex Distributing Company**<br>**PO Box 1029**<br>**Jenks, OK 74037** | **Apex Distributing Company**<br>**PO Box 1029**<br>**Jenks, OK 74037** | | | **14,476.12** |
| **ATS Hydraulics Inc.**<br>**28715 Highway 5**<br>**Woodstock, AL 35188** | **ATS Hydraulics Inc.**<br>**28715 Highway 5**<br>**Woodstock, AL 35188**<br>**205-938-2162** | | | **3,899.31** |
| **B-3 Construction, Inc.**<br>**1106 S. High School Ave.**<br>**Columbus, KS 66725** | **B-3 Construction, Inc.**<br>**1106 S. High School Ave.**<br>**Columbus, KS 66725**<br>**620-479-2323** | | | **1,147.14** |
| **Barry, Palmer, Thaggard, May & Bailey**<br>**P.O. Box 2009**<br>**Meridian, MS 39302** | **Barry, Palmer, Thaggard, May & Bailey**<br>**P.O. Box 2009**<br>**Meridian, MS 39302**<br>**601-693-2393** | | | **1,540.00** |
| **Black Warrior Solid Waste**<br>**3301 Landfill Drive**<br>**Coker, AL 35452** | **Black Warrior Solid Waste**<br>**3301 Landfill Drive**<br>**Coker, AL 35452**<br>**205-339-7330** | | | **14,340.97** |
| **Caine and Weiner**<br>**16200 Addison Road**<br>**Addison, TX 75001** | **Caine and Weiner**<br>**16200 Addison Road**<br>**Addison, TX 75001** | | | **1,079.56** |
| **Commercial Credit Group**<br>**PO Box 60121**<br>**Charlotte, NC 28260** | **Commercial Credit Group**<br>**PO Box 60121**<br>**Charlotte, NC 28260**<br>**704-731-0031** | **Heavy equipment** | | **546,782.09**<br><br>**(400,000.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re **Blakeney Company, Inc.**
             Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Company Wrench<br>4805 Scooby Lane<br>Carroll, OH 43112 | Company Wrench<br>4805 Scooby Lane<br>Carroll, OH 43112<br>704-654-5304 | | | 19,320.66 |
| Deskin Scale Company<br>PO Box 3272<br>Springfield, MO 65808 | Deskin Scale Company<br>PO Box 3272<br>Springfield, MO 65808 | | | 1,106.75 |
| Environmental Action, Inc.<br>PO Box 268953<br>Oklahoma City, OK 73126 | Environmental Action, Inc.<br>PO Box 307<br>Shawnee, OK 74802<br>205-298-4080 | | | 195,898.75 |
| Lakeland oil<br>65501 East 290 Road<br>Grove, OK 74344 | Lakeland Oil<br>65501 East 290 Road<br>Grove, OK 74344<br>918-786-6442 | | | 1,860.54 |
| Lowder Transportation<br>PO Box 307<br>Shawnee, OK 74802 | Lowder Transportation<br>PO Box 307<br>Shawnee, OK 74802<br>205-615-4075 | | | 37,940.00 |
| Mark Thurston<br>6108 South Memorial Drive<br>Tulsa, OK 74133 | Mark Thurston<br>6108 South Memorial Drive<br>Tulsa, OK 74133<br>918-317-6341 | | | 3,565.40 |
| Peyton Cochrane, Tax Collector<br>714 Greensboro Avenue<br>Room 124<br>Tuscaloosa, AL 35401 | Peyton Cochrane, Tax Collector<br>714 Greensboro Avenue, Room 124<br>Tuscaloosa, AL 35401<br>205-349-3870 | | | 13,422.36 |
| Scott Equipment<br>7501 Broadway Ext.<br>Oklahoma City, OK 73116 | Scott Equipment<br>7501 Broadway Ext.<br>Oklahoma City, OK 73116<br>405-848-2224 | | | 12,500.00 |
| Taft Stettinius<br>425 Walnut Street<br>Suite 1800<br>Cincinnati, OH 45202 | Taft Stettinius<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH 45202<br>513-381-2838 | | | 9,902.55 |
| Tuscaloosa Tractor<br>3921 Skyland Blvd East<br>Tuscaloosa, AL 35405 | Tuscaloosa Tractor<br>3921 Skyland Blvd East<br>Tuscaloosa, AL 35405<br>205-553-8573 | | | 4,203.80 |
| United Rentals<br>2750 Southside Drive<br>Tuscaloosa, AL 35401 | United Rentals<br>2750 Southside Drive<br>Tuscaloosa, AL 35401<br>205-759-2622 | | | 3,535.14 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**
In re  **Blakeney Company, Inc.**                                                        Case No.
                                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 10, 2015**                              Signature  **/s/ George Blakeney**
                                                                **George Blakeney**
                                                                **Director**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

In re **Blakeney Company, Inc.**, Case No. _____
                    Debtor

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **George Blakeney** **2147 Fredericksburg Drive** **Tuscaloosa, AL 35406** | | **100%** | **Sole shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 10, 2015**                Signature **/s/ George Blakeney**
                                                                  **George Blakeney**
                                                                  **Director**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Alabama

In re **Blakeney Company, Inc.**  
Debtor(s)

Case No. _____  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 10, 2015**

**/s/ George Blakeney**  
**George Blakeney**/**Director**  
Signer/Title

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Ally Bank
PO Box 380901
Minneapolis, MN 55438

Barry, Palmer, Thaggard, May & Bailey
P.O. Box 2009
Meridian, MS 39302

Lowder Transportation
PO Box 307
Shawnee, OK 74802

Bryant Bank
1550 McFarland Blvd North
Tuscaloosa, AL 35406

Black Warrior Solid Waste
3301 Landfill Drive
Coker, AL 35452

Mark Thurston
6108 South Memorial Drive
Tulsa, OK 74133

Commercial Credit Group
PO Box 60121
Charlotte, NC 28260

C2C Resources
56 Perimeter Center Suite 100
Atlanta, GA 30346

National Lighting & Maintenance
PO Box 255
Glyndon, MD 21071

Peyton Cochrane, Tax Collector
714 Greensboro Avenue
Room 124
Tuscaloosa, AL 35401

Caine and Weiner
16200 Addison Road
Addison, TX 75001

Scott Equipment
7501 Broadway Ext.
Oklahoma City, OK 73116

Alabama Power Company
600 - N 18th Street
POB 2641
Birmingham, AL 35291

Certified Laboratories
23261 Network Place
Chicago, IL 60673

Taft Stettinius
425 Walnut Street
Suite 1800
Cincinnati, OH 45202

American Fence Company, Inc.
6403 McFarland Blvd. E.
Tuscaloosa, AL 35405

Company Wrench
4805 Scooby Lane
Carroll, OH 43112

Tuscaloosa Tractor
3921 Skyland Blvd East
Tuscaloosa, AL 35405

Apex Distributing Company
PO Box 1029
Jenks, OK 74037

Deskin Scale Company
PO Box 3272
Springfield, MO 65808

United Rentals
2750 Southside Drive
Tuscaloosa, AL 35401

ATS Hydraulics Inc.
28715 Highway 5
Woodstock, AL 35188

Environmental Action, Inc.
PO Box 268953
Oklahoma City, OK 73126

B-3 Construction, Inc.
1106 S. High School Ave.
Columbus, KS 66725

Lakeland oil
65501 East 290 Road
Grove, OK 74344

| | | |
|---|---|---|
| In re **Blakeney Company, Inc.** | Case No. | |
| Debtor(s) | Chapter | **11** |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Blakeney Company, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 10, 2015** | **/s/ Mary Lane Falkner** |
| Date | **Mary Lane Lewis Falkner** |
| | Signature of Attorney or Litigant |
| | Counsel for **Blakeney Company, Inc.** |
| | **LEWIS, SMYTH, WINTER & FORD, LLC** |
| | **611 HELEN KELLER BOULEVARD** |
| | **TUSCALOOSA, AL 35404** |
| | **205-553-5353 Fax:205-553-5593** |
| | **debbie@lswattorneys.com** |